# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI HAMZA,<br><br>      Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>      Defendant. | Case No. 23-cv-2875-AB-JPRx<br><br>ORDER FOR DISMISSAL |

    Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear their own fees and costs.

DATED:  December 12, 2023

                                            Hon. André Birotte Jr.
                                            United States District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525